# EXHIBIT 2

## U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ILLINOIS SOUTHERN** | | | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | | |
| OVERALL CASELOAD STATISTICS | | Filings* | 1,468 | 1,274 | 1,407 | 1,529 | 1,606 | 1,578 | U.S. | Circuit |
| | | Terminations | 1,458 | 1,347 | 1,578 | 1,617 | 1,597 | 1,504 | | |
| | | Pending | 1,202 | 1,195 | 1,266 | 1,429 | 1,515 | 1,500 | | |
| | % Change in Total Filings | Over Last Year | | 15.2 | | | | | 9 | 2 |
| | | Over Earlier Years | | | 4.3 | -4.0 | -8.6 | -7.0 | 49 | 2 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 368 | 319 | 352 | 382 | 402 | 395 | 66 | 6 |
| | | Civil | 264 | 232 | 256 | 290 | 317 | 317 | 64 | 6 |
| | | Criminal Felony | 59 | 50 | 58 | 59 | 56 | 46 | 56 | 5 |
| | | Supervised Release Hearings** | 45 | 37 | 38 | 33 | 29 | 32 | 17 | 1 |
| | Pending Cases | | 301 | 299 | 317 | 357 | 379 | 375 | 73 | 7 |
| | Weighted Filings** | | 336 | 300 | 341 | 352 | 386 | 390 | 73 | 7 |
| | Terminations | | 365 | 337 | 395 | 404 | 399 | 376 | 65 | 6 |
| | Trials Completed | | 26 | 31 | 32 | 27 | 27 | 18 | 26 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 10.3 | 9.6 | 9.6 | 9.2 | 10.4 | 8.8 | 56 | 4 |
| | | Civil** | 9.2 | 9.4 | 8.5 | 8.4 | 9.5 | 9.7 | 52 | 4 |
| | From Filing to Trial** (Civil Only) | | 54.0 | 29.0 | 31.5 | 20.0 | 29.3 | 20.0 | 76 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 60 | 82 | 79 | 77 | 74 | 72 | | |
| | | Percentage | 5.9 | 8.2 | 7.5 | 6.2 | 5.7 | 5.4 | 62 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.5 | 1.6 | 1.4 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 31.84 | 33.87 | 30.11 | 28.00 | 32.32 | 39.83 | | |
| | | Percent Not Selected or Challenged | 21.4 | 25.9 | 20.3 | 20.9 | 30.0 | 41.8 | | |

**2009 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1055 | 43 | 86 | 318 | 22 | 39 | 78 | 103 | 145 | 9 | 131 | 5 | 76 |
| Criminal* | 235 | 9 | 72 | 19 | 39 | 41 | 6 | 19 | 4 | 3 | 6 | 3 | 14 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."