# EXHIBIT 3

## U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ILLINOIS NORTHERN** | | | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 9,294 | 8,591 | 8,422 | 8,093 | 9,056 | 10,584 | | |
| | Terminations | | 8,509 | 8,267 | 7,929 | 8,255 | 8,805 | 11,461 | | |
| | Pending | | 9,368 | 8,605 | 8,091 | 7,711 | 7,914 | 7,706 | | |
| | % Change in Total Filings | Over Last Year | 8.2 | | | | | | 23 | 4 |
| | | Over Earlier Years | | 10.4 | 14.8 | 2.6 | -12.2 | | 64 | 5 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 18.5 | 8.1 | 15.8 | 5.7 | 12.0 | 9.6 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 423 | 391 | 382 | 367 | 412 | 481 | 48 | 3 |
| | | Civil | 378 | 349 | 346 | 330 | 369 | 437 | 27 | 3 |
| | | Criminal Felony | 29 | 26 | 24 | 26 | 34 | 32 | 89 | 7 |
| | | Supervised Release Hearings** | 16 | 16 | 12 | 11 | 9 | 12 | 71 | 6 |
| | Pending Cases | | 426 | 391 | 368 | 351 | 360 | 350 | 31 | 2 |
| | Weighted Filings** | | 493 | 461 | 462 | 443 | 485 | 512 | 32 | 3 |
| | Terminations | | 387 | 376 | 360 | 375 | 400 | 521 | 56 | 3 |
| | Trials Completed | | 12 | 11 | 11 | 11 | 13 | 12 | 79 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 15.1 | 14.5 | 14.7 | 13.9 | 12.9 | 10.3 | 91 | 7 |
| | | Civil** | 6.2 | 6.2 | 6.2 | 6.5 | 6.9 | 5.9 | 10 | 2 |
| | From Filing to Trial** (Civil Only) | | 27.8 | 27.5 | 29.7 | 26.4 | 27.0 | 28.4 | 47 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 943 | 752 | 456 | 500 | 388 | 337 | | |
| | | Percentage | 11.7 | 10.2 | 6.5 | 7.4 | 5.6 | 5.0 | 79 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.8 | 1.7 | 1.8 | 1.9 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 49.67 | 47.17 | 45.20 | 45.07 | 51.46 | 39.36 | | |
| | | Percent Not Selected or Challenged | 32.8 | 36.2 | 31.8 | 30.9 | 36.9 | 31.0 | | |

**2009 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 8305 | 185 | 122 | 1012 | 49 | 78 | 1549 | 1101 | 486 | 330 | 1799 | 74 | 1520 |
| Criminal* | 624 | 3 | 143 | 126 | 50 | 124 | 78 | 26 | 7 | 24 | 5 | 9 | 29 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.

\*\* See "Explanation of Selected Terms."